■ JEROME M. GOOD, Respondent, v. JACOB RUDOLPH, Appellant.— Judgment and order unanimously reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: A new trial is required in the interests of justice for the reasons stated in *Fernicola* v. *Rudolph* (18 A D 2d 957). (Appeal by defendant from judgment of Lewis Special Term, granting specific performance of a contract of sale of real property; also appeal from order of Oneida Trial Term permitting a preference and placing cause on Day Calendar for February 19, 1962.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.